# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1167**
**CA 12-00472**
PRESENT: CENTRA, J.P., PERADOTTO, LINDLEY, SCONIERS, AND MARTOCHE, JJ.

---

NOUREEN ZAHID CHOHAN,
PLAINTIFF-APPELLANT-RESPONDENT,

V                                                                ORDER

ZAHID MUNIR CHOHAN,
DEFENDANT-RESPONDENT-APPELLANT.

---

BRIAN R. WELSH, PLLC, WILLIAMSVILLE (BRIAN R. WELSH OF COUNSEL), FOR
PLAINTIFF-APPELLANT-RESPONDENT.

PALMER, MURPHY & TRIPI, BUFFALO (THOMAS A. PALMER OF COUNSEL), FOR
DEFENDANT-RESPONDENT-APPELLANT.

---

Appeal and cross appeal from a judgment of the Supreme Court,
Erie County (Tracey A. Bannister, J.), entered May 18, 2011 in a
divorce action.  The judgment, inter alia, equitably distributed the
marital property and awarded "additional" maintenance to plaintiff.

It is hereby ORDERED that the judgment so appealed from is
unanimously affirmed without costs for reasons stated in the decision
at Supreme Court.

Entered:  November 16, 2012                    Frances E. Cafarell
                                               Clerk of the Court